# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**CLARENCE WINFREY**                              **CIVIL ACTION NO. 06-1667**

**VS.**                                           **SECTION P**

**WARDEN BURL CAIN**                              **JUDGE MELANÇON**

                                                  **MAGISTRATE JUDGE HILL**

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation.  No objections have been filed.  The Court concludes after an independent review of the record that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein.  Accordingly,

**IT IS ORDERED** that this petition for federal *habeas corpus* relief be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claim is barred by the one-year limitation period codified at 28 U.S.C. §2244(d), and alternatively, because petitioner's claim is without merit.

**THUS DONE AND SIGNED**, in Lafayette, Louisiana, on this 7th day of March, 2007.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE